NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0005088
07-MAR-2014
09:51 AM**

NO. CAAP-13-0005088

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHIZUHO O. SAMPSON, Petitioner-Appellee,
v.
JEFFERY L. SAMPSON, Respondent-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(FC-DA NO. 13-1-7341)

ORDER DISMISSING APPEAL
(By: Foley, Presiding Judge, Fujise, and Leonard, JJ.)

Upon consideration of the motion to dismiss the appeal (Motion) filed on February 27, 2014 by Respondent-Appellant Jeffrey L. Sampson, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Motion is granted, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 7, 2014.

Presiding Judge

Associate Judge

Associate Judge